# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2025

### NO. 03-24-00486-CV

**Carol Ann Rosado, Appellant**

**v.**

**Anthony Coll Rosado, Appellee**

**APPEAL FROM THE 478TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**VACATED AND REMANDED ON JOINT MOTION –**
**OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the final decree of divorce signed by the trial court on September 16, 2024. The parties have filed a joint motion to reinstate this abated appeal and remand the case for rendition of an amended decree in accordance with their settlement agreement. The Court grants the motion, sets aside the trial court's final decree of divorce without regard to the merits, and remands the case to the trial court for rendition of an amended decree in accordance with the parties' agreement. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.